United States District Court ①

Plantiff:
Cheryl Hall
14810 Yellow Pine Lane
Clermont, FL 34711
321-438-009
chime02@earthink.net

Case: 1:21-cv-02571
Assigned To : Unassigned
Assign. Date : 9/30/2021
Description: Pro Se Gen. Civ. (F-DECK)

SEP 30 2021

Defendant:
Architect of the Capitol
U.S. Capitol Room SB-16
Washington, DC 20515

Complaint.

1) On 9/18/2017 I fell and shattered my left knee while visiting the Capitol Building in Washington. D.C. And was taken to the emergency room.

2) I had filled out a Tort claim. And the Capitol has the information.

3) And all of my medical information including bills.

Claims.

4) I had fallen on wet leaves which caused my fall - Shows in the pictures that were taken.

5) And the video that the Capitol has.

Request for Relief.

6) To pay for the bills that have occurred since 2017 proof upon request.

7) And to continue to pay for bills that are still occurring. Proof upon request.

8) And damages mentally and physical worth 39,000.00 which will stay with me for the rest of my life.

9) Any further relief which the Court may deem appropriate.



Dated 9/20/21

Sign *Chuck Hall*

Print Cheryl HAll