## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL HALL,<br><br>*Plaintiff*,<br><br>v.<br><br>ARCHITECT OF THE CAPITOL,<br><br>*Defendant*. | Civil Action No. 21-2571 (RCL) |

### DEFENDANT'S ANSWER TO COMPLAINT AND SUPPLEMENT TO COMPLAINT

Defendant, the Architect of the Capitol ("AOC" or "Agency") respectfully answers *pro se* Plaintiff Cheryl Hall's Complaint (ECF No. 1) and Supplement to Complaint (ECF No. 4), in this Federal Torts Claim Act ("FTCA") case. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied. Moreover, to the extent that the Complaint or Supplement to Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Defendant responds to the separately numbered paragraphs as follows:

### ANSWER TO COMPLAINT FILED SEPTEMBER 30, 2021

1. Defendant admits that Plaintiff injured her left knee on September 18, 2017, while on the Architect of the Capitol grounds in Washington, D.C. and was taken to the hospital. Defendant lacks sufficient knowledge or information to affirm or deny the remaining allegations in this paragraph; therefore, Defendant denies the remaining allegations in this paragraph.

2. Defendant admits the first sentence and further avers that it received a "Claim for Damage, Injury, or Death" from Plaintiff on April 16, 2018, and a second "Claim for Damage, Injury, or Death" from Plaintiff on December 15, 2020. As to the second sentence, Defendant lacks sufficient knowledge or information to determine what "information" it purportedly has.

3. Admit in Part and Deny in Part. Defendant admits that Plaintiff provided Defendant with pages of her medical information that includes billing records, but otherwise denies that Defendant has all of Plaintiff's medical information.

## CLAIMS

4. Deny.

5. Deny.

## REQUEST FOR RELIEF

Paragraphs 6 through 9 of the Complaint contain Plaintiff's prayer for relief, to which no response is required. To the extent an answer may be deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## ANSWER TO SUPPLEMENT TO COMPLAINT FILED DECEMBER 27, 2021

## ADDITIONAL INFORMATION

1. Defendant admits that Plaintiff was injured on September 18, 2017, while on Architect of the Capitol grounds. Defendant denies the remaining allegations of this paragraph.

2. Defendant denies that the Agency received the tort claim form, "Claim for Damage, Injury, or Death" attached to the Supplement to Complaint and referred to in this paragraph. Defendant furthermore denies any and all allegations contained in the tort claim, "Claim for Damage, Injury, or Death" attached to Plaintiff's Supplement to Complaint.

3. Defendant admits that Plaintiff provided the Agency with pages of her medical records, which include billing records. Defendant denies the remaining allegations of this paragraph.

4. Deny.

5. Deny.

6. Defendant lacks sufficient knowledge or information to affirm or deny the allegations in this paragraph. Further, these allegations are beyond the scope of the claim.

## DEFENSES

Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint and the Supplement to the Complaint become known to Defendant through the course of this litigation. Defendant does not assume the burden of proving any of these defenses or elements of them where the burden is properly on Plaintiff as a matter of law.

For further defenses, Defendant alleges as follows:

### FIRST DEFENSE

The defendant is a federal agency and is not the appropriate named defendant under the Federal Tort Claims Act, 28 U.S.C. § 2679(a).

### SECOND DEFENSE

Plaintiff's claims are subject to, and limited by, the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*.

### THIRD DEFENSE

This Court is without jurisdiction to grant any relief beyond that for which the United States has waived sovereign immunity under the FTCA.

## FOURTH DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## FIFTH DEFENSE

The claims do not allege a negligent or wrongful act by an agent, servant, or employee of the Government.

## SIXTH DEFENSE

Defendant and its agents, servants, and employees exercised reasonable care and deny committing any negligent or wrongful act or omission, and deny proximately causing the damages alleged.

## SEVENTH DEFENSE

Any injuries or damages sustained by Plaintiff were caused by her own fault and contributory negligence.

## EIGHTH DEFENSE

Plaintiff has failed to mitigate her damages.

Dated:  March 7, 2022                           Respectfully submitted,

                                                MATTHEW M. GRAVES, D.C. Bar No. 481052
                                                United States Attorney

                                                BRIAN P. HUDAK
                                                Acting Chief, Civil Division

                                                By: /s/ Erika Oblea
                                                ERIKA OBLEA, D.C. Bar No. 1034393
                                                Assistant United States Attorney – Civil Division
                                                United States Attorney for the District of Columbia
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 252-2567
                                                Erika.Oblea@usdoj.gov

                                                *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2022, I served a copy of the foregoing Defendant's Answer to Complaint and Supplement to Complaint by causing a copy of the document to be sent to Plaintiff via U.S. Mail to the following address:

Cheryl Hall
14810 Yellow Pine Lane
Clermont, FL 34711

In addition, on the 7th day of March, 2022, I emailed a copy of this Answer to Plaintiff at chime02@earthlink.net.

/s/ Erika Oblea
Erika Oblea
Assistant United States Attorney