# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHERYL HALL
Plantiff,

v.

ARCHITECT OF THE CAPITOL
Defendant,

Civil Action No. 21-2571 (RCL)

## MOTION FOR PRO BONO REPRESENTATION BY PLANTIFF

1) I cannot be there out of state.

2) I am indigent and handycap.

3) I donot have a computer or a up-to date phone (flip phone)

RECEIVED Mail Room MAR 31 2022 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

4) Form filled out for entitled relief - (short form) and was approved.

5) I donot have enough knowledge to represent myself with the law or this case.

Respectfully Submitted,

Cheryl Hall
14810 Yellow Pine ln
Clermont FL 34711
321-438-0091
chime02@earthlink.net

Plantiff.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28 day of March, 2021. I served a copy of the Motion for a Pro Se Attorney to the Defendant's Attorney to be sent by via U.S. Mail to the following address.

Erika Oblea, D.C Bar #1034393
Assistant U.S. Attorney - Civil Div.
U.S. Attorney for the District of Columbia
555 4th St. N.W.
Washington, D.C. 20530

In addition, on the 28 day of March, 2022, I emailed a copy of this Motion at

Erika.Oblea@usdoj.gov

Dated 3/28/2022

Sign *Cheryl Hall*

Print Cheryl HALL